# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____<br>TIMOTHY C. HARRY and )<br>KAREN C. HARRY )<br>          Plaintiffs )<br>)<br>     v. )<br>)<br>AMERICAN BROKERS CONDUIT, et al. )<br>        Defendants )<br>_____) | Case No.: 1:16-cv-10895-FDS |

## MOTION FOR ENTRY OF DEFAULT

## AGAINST AMERICAN BROKERS CONDUIT

Plaintiffs Timothy C. Harry and Karen C. Harry ("Harry") by and through their undersigned counsel, respectfully request the Clerk of Court enter default judgment against defendant AMERICAN BROKERS CONDUIT pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 6rd day of June, 2016.            By Plaintiffs' Attorney


_/s/ Tina L. Sherwood_____
Tina L. Sherwood BBO# 662047
17 Main ST
Hopkinton, MA  01748
(617) 930-3533

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

TIMOTHY C. HARRY and             )
KAREN C. HARRY                 )
        Plaintiffs           )
                       )
       v.               )     Case No.: 1:16-cv-10895-FDS
                       )
AMERICAN BROKERS CONDUIT, et al.   )
        Defendants        )
_____)

### AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT

I, TINA L. SHERWOOD, being duly sworn, state as follows:

1.  I am the Attorney for the Plaintiffs in the above entitled action and I am familiar with the file, records and pleadings in this matter.

2.  The Complaint was filed on March 25, 2016 with the Barnstable County Superior Court.

3.  Plaintiffs served the Complaint and Summons on the Defendant American Brokers Conduit on April 27, 2016 with the Massachusetts Secretary of State's office Process Servicing, Patricia Hennessy at 1 Ashburton Place, Boston, MA.

4.  This matter was removed to United States District Court on April 21, 2016 by another defendant.

5.  An answer to the complaint was due on May 25, 2016.

6.  Defendant American Brokers Conduit has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

7. Plaintiffs, requests that the Clerk of Court enter a default against the Defendant

   American Brokers Conduit.


   _/s/ Tina L. Sherwood_____
   Attorney for the Plaintiffs
   Tina L. Sherwood
   BBO# 662047
   17 Main ST
   Hopkinton, MA  01748
   (617) 930-3533


## COMMONWEALTH OF MASSACHSUETTS

County of Middlesex

On this 6th day of June 2016, before me, the undersigned notary public, personally appeared TINA L. SHERWOOD, proved to me through satisfactory evidence of identification, which was her driver's license to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.


   _/s/ Vera Necev_____
   Notary Public: Vera Necev
   My Commission Expires: 04/18/2019

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
TIMOTHY C. HARRY and                     )
KAREN C. HARRY                           )
         Plaintiffs                     )
                                                )
       v.                                )     Case No.: 1:16-cv-10895-FDS
                                                  )
AMERICAN BROKERS CONDUIT, et al.         )
         Defendants                     )
_____)

## ENTRY OF DEFAULT

      Plaintiffs Timothy C. Harry and Karen C. Harry ("Harry") request that the clerk of court

enter a default judgment against Defendant American Brokers Conduit pursuant to Federal Rule

of Civil Procedure 55(a).  It appearing from the record that the Defendant American Brokers

Conduit has failed to appear, plead or otherwise defend, the default of the Defendant American

Brokers Conduit is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this ___ day of June, 2016.


_____
Clerk of Court

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

TIMOTHY C. HARRY and                                    )
KAREN C. HARRY                                          )
             Plaintiffs                               )
                            )
            v.                                      )      Case No.: 1:16-cv-10895-FDS
                            )
AMERICAN BROKERS CONDUIT, et al.                        )
             Defendants                              )
_____)

### CERTIFICATE OF SERVICE

I, TINA L. SHERWOOD, Attorney for the Plaintiffs Timothy C. Harry, and Karen C. Harry, am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Motion for Entry for Default, Affidavit in Support of Motion for Default and proposed Entry of Default to be placed in a postage paid envelope addressed to the Defendant American Brokers Conduit at the address stated below, which is the address required and on file with the Commonwealth of Massachusetts for service of process and deposited said envelope in the mail.

Address:  Massachusetts Secretary of State Process Server Patricia Hennessy at 1 Ashburton Place, Boston, MA  02018.

Dated this 6th day of June, 2016.

                                           _/s/ Tina L. Sherwood___
                                         Attorney for the Plaintiffs
                                         Tina L. Sherwood
                                         BBO# 662047
                                         17 Main ST
                                         Hopkinton, MA  01748
                                         (617) 930-3533