UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TIMOTHY C. HARRY**
**& KAREN C. HARRY**

**V.**                                                    **CIVIL ACTION NO. 16-10895-FDS**

**AMERICAN BROKERS CONDUIT ET AL**

### NOTICE OF DEFAULT

Upon application of the plaintiffs, **TIMOTHY C. HARRY & KAREN C. HARRY**, for order of Default for failure of the defendant, **AMERICAN BROKERS CONDUIT** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 28th day of June, 2016.

ROBERT FARRELL, CLERK

By: /s/ Timothy R. Maynard
Deputy Clerk

June 28, 2016