# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

TIMOTHY C. HARRY, and )
KAREN C. HARRY )
  )
    Plaintiffs )
  )
v. )     Civil Action No: 16-cv-10895FDS
  )
AMERICAN BROKERS CONDUIT et. al )
  )
    Defendants )

---

**PLAINTIFFS' MOTION IN OPPOSITION TO DEFENDANTS AMERICAN HOME MORTGAGE SERVICNG, INC., DEUTSCHE BANK AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2, HOMEWARD RESIDENTIAL, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND OCWEN LOAN SERVICING, LLC'S MOTION TO DISMISS AMENDED COMPLAINT [Doc. 53], AND MEMORANDUM IN SUPPORT [Doc. 54]**

Plaintiffs TIMOTHY C. HARRY and KAREN C. HARRY by and through their Attorney hereby files their Motion in Opposition to Defendants American Home Mortgage Servicing, Inc., Deutsche Bank as Trustee for American Home Mortgage Assets Trust 2007-2, Homeward Residential, Inc., Mortgage Electronic Registration Systems, Inc., and Ocwen Loan servicing, LLC's Motion to Dismiss Amended Complaint [Doc. 53], and Memorandum in Support [Doc. 54] filed pursuant to Fed. R. Civ. P 12(b)(6).

Dated: August 12, 2016

Respectfully Submitted
TIMOTHY C. HARRY and
KAREN C. HARRY
By their Attorney


*/s/ Tina L. Sherwood*
Tina L. Sherwood BBO# 662047
17 Main ST
Hopkinton, MA  01748
(617) 930-3533

## CERTIFICATE OF SERVICE

I, Tina Sherwood, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 12, 2016.


*/s/ Tina L. Sherwood*
Tina L. Sherwood