# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY C. HARRY, and <br> KAREN C. HARRY <br>       Plaintiffs <br><br> v. <br><br> AMERICAN BROKERS CONDUIT et. al <br><br>       Defendants | Civil Action No: 16-cv-10895FDS |

**PLAINTIFFS' MOTION IN OPPOSITION TO DEFENDANTS' FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY AND FIDELITY TITLE GROUP'S MOTION TO DISMISS AMENDED COMPLAINT [Doc. 57], MEMORANDUM IN SUPPORT [Doc. 58] AND DEFENDANTS' DECLARATION OF DOUGLAS L. WHITAKER [Doc. 59, Exhibits A thru F]**

      Plaintiffs TIMOTHY C. HARRY and KAREN C. HARRY by and through their Attorney hereby files their Motion in Opposition to Defendants' Fidelity National Financial, Inc., Fidelity National Title Insurance Company and Fidelity National Title Group (collectively "Defendants") Motion to Dismiss Amended Complaint [Doc. 57], Memorandum in Support [Doc. 58] and Defendants' Declaration of Douglas L. Whitaker [Doc. 50, Exhibits A thru F] filed pursuant to Fed. R. Civ. P 12(b)(6).

Dated: August 22, 2016                     Respectfully Submitted
                                           TIMOTHY C. HARRY and
                                           KAREN C. HARRY
                                           By their Attorney


                                           */s/ Tina L. Sherwood*_____
                                           Tina L. Sherwood BBO# 662047
                                           17 Main ST
                                           Hopkinton, MA  01748
                                           (617) 930-3533

## CERTIFICATE OF SERVICE

I, Tina Sherwood, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 22, 2016.


                                           */s/ Tina L. Sherwood*_____
                                           Tina L. Sherwood