## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY C. HARRY and KAREN C. HARRY, <br><br> *Plaintiff*s, <br><br> v. <br><br> AMERICAN BROKERS CONDUIT, APEX MORTGAGE SERVICES, FIDELITY NATIONAL TITLE GROUP, AMERICAN HOME MORTGAGE SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE-BACKED PASS-CERTIFICATES, SERIES 2007-2, HOMEWARD RESIDENTIAL, MORTGAGE ELECTRONIC RECORDING SYSTEM, INC., OCWEN LOAN SERVICING and KORDE & ASSOCIATES, <br><br> *Defendants*. | CIVIL ACTION NO. 16-10895 |

**DEFENDANTS AMERICAN HOME MORTGAGE SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-2, HOMEWARD RESIDENTIAL, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND OCWEN LOAN SERVICING, LLC'S MOTION TO STRIKE EXHIBITS ATTACHED TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendants American Home Mortgage Servicing, Inc. ("AHMSI"), Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-2, Mortgage-Backed Pass-Through Certificates Series 2007-2 ("Deutsche Bank as Trustee"), Homeward Residential, Inc. ("Homeward"), Mortgage Electronic Registration Systems, Inc. ("MERS") and Ocwen Loan Servicing, LLC ("Ocwen") (collectively, the "Defendants"), hereby move to strike certain documents attached as exhibits to Plaintiffs Timothy C. Harry and Karen

C. Harry's ("Plaintiffs") Opposition to Defendants' Motion to Dismiss ("Opposition"), and portions of the Opposition referencing these documents.

As grounds for their motion, Defendants state that Plaintiffs erroneously attempt to rely on extraneous documents for the purpose of bolstering their frivolous claims against the Defendants.   Specifically, in support of their Opposition, Plaintiffs attach a report entitled "McDonnell Property Analytics, Inc. Executive Summary Report" ("McDonnell Report"), the addendum to the McDonnell Report ("Addendum"), and a complaint filed by the Commonwealth of Massachusetts against three banking institutions (none of which are the Defendants) based on the findings contained in the McDonnell Report ("Attorney General Complaint").   (Opposition, Ex. A-C, respectively.)   Plaintiffs' reliance on these documents is misplaced because they are documents outside of the Plaintiffs' Amended Verified Complaint and, thus, cannot be considered by this Court.  Further, none of the documents fall under any of the narrow exceptions in which a court may review otherwise inadmissible documents for the purpose of deciding a motion to dismiss.

In support of their Motion to Strike, Defendants submit the attached memorandum of law.

*[SIGNATURE PAGE FOLLOWS]*

2

Respectfully submitted,

Attorneys for Defendants,

AMERICAN HOME MORTGAGE
SERVICING, INC., DEUTSCHE BANK
NATIONAL TRUST COMPANY AS TRUSTEE
FOR AMERICAN HOME MORTGAGE ASSETS
TRUST 2007-2 MORTGAGE-BACKED
PASS-CERTIFICATES, SERIES 2007-2,
HOMEWARD RESIDENTIAL, INC., MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS INC.
and OCWEN LOAN SERVICING, LLC,

*/s/ Vanessa V. Pisano*
Samuel C. Bodurtha, BBO #665755
Vanessa V. Pisano, BBO #679649
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
Tel: (617) 213-7000 / Fax: (617) 213-7001
Email:  sbodurtha@hinshawlaw.com
        vpisano@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, Vanessa V. Pisano, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 3, 2016.

/s/ *Vanessa V. Pisano*
Vanessa V. Pisano

34675185v1 0985988