UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY C. HARRY and <br> KAREN C. HARRY <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN BROKERS CONDUIT; et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 16-cv-10895-FDS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS TIMOTHY C. HARRY AND KAREN C. HARRY'S OPPOSITION TO DEFENDANTS AMERICAN HOME MORTGAGE SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-2, HOMEWARD RESIDENTIAL, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND OCWEN LOAN SERVICING LLC'S MOTION TO STRIKE EXHIBITS ATTACHED TO PLAINTIFFS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS [DOC 84]**

Plaintiffs Timothy C. Harry and Karen C. Harry oppose Defendants American Home Mortgage Servicing Inc., Homeward Residential, Inc. and Ocwen Loan Servicing, LLC ("Servicing Defendants"), Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-2 Mortgage-Backed Pass-Through Certificates, Series 2007-2 ("Deutsche Bank") and Mortgage Electronic Registration Systems, Inc. ("MERS") motion to strike documents attached to Plaintiffs Opposition to Defendants' Motion to Dismiss and portions of Opposition referencing these documents; Opposition Exhibits A-C.

Servicing Defendants, Deutsche Bank and MERS mislead the Court by their motion requesting the Court to strike portions of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss. The Exhibits attached to Plaintiffs' Memorandum of Law in

support of Plaintiffs' Opposition to Defendants Motion to Dismiss as well as the pertinent language in the Memorandum of law are well within Plaintiffs' right to present, these Exhibits are not outside of Plaintiffs' Amended Complaint and support the allegations Plaintiffs' make in their Amended Complaint.

In support of Plaintiffs Opposition to Defendants Motion to Strike, Plaintiffs submit the attached Memorandum of Law.

Date:  October 17, 2016				TIMOTHY C. HARRY and
							KAREN C. HARRY
							By their Attorney,

							 _/s/ Tina L. Sherwood_____
							Tina L. Sherwood  BBO# 662047
							Law Office of Tina L. Sherwood
							17 Main ST
							Hopkinton, MA  01748
							(617) 930-3533
							tinasherwood@verizon.net


### CERTIFICATE OF SERVICE

I, Tina L. Sherwood, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2016.

							 _/s/ Tina L. Sherwood_____
							Tina L. Sherwood