# EXHIBIT A

## COMMONWEALTH OF MASSACHUSETTS
## THE TRIAL COURT

County  Barnstable           Docket number  1672CV00151

SUPERIOR COURT
BARNSTABLE, SS
Filed  APR 0 8 2016
_____ Clerk

### Motion to Appoint a Special Process Server
### Pursuant to Rule 4c of the M.R.C.P.

Plaintiff  Harry, Timothy et al

v.

Defendant  Deutsche Bank National Trust Company, et al

---

The undersigned moves to request that this honorable court appoint Merrill Smallwood, Constable of Attorney Support Group.US or it's agents as special process servers in this matter under rule 4c of the Massachusetts Rules of Civil Procedure. We are not parties to this matter, nor do we have any interest in the outcome of this litigation. The above persons are qualified persons over the age of 18 and knowledgeable in the service of process.

Attorney or requesting agent
address:
    Tina Sherwood, Esq.
    Law Office of Tina Sherwood
    17 Main Street
    Hopkinton, MA 01748

Signed under the pains and penalties
of perjury  March 31, 2016  Date

_____
By Attorney or requesting agent

## ORDER OF THE COURT APPOINTING SPECIAL PROCESS SERVERS

Pursuant to rule 4c, it is ordered that Merrill Smallwood, Constable of Attorney Support Group.US or it's agents thereof, are hereby appointed as special process servers for the above captioned case.

ALLOWED

_____
Signature                        4-11-16

_____ of Barnstable Superior
Title and date

A true copy, Attest: Thomas J. Perin
1st Ass't Clerk