**UNITED STATES DISTRICT COURT FOR THE FIRST CIRCUIT
DISTRICT OF MASSACHUSETTS
Case No. 16-cv-10895FDS**

_____
TIMOTHY C. HARRY and                          )
KAREN C. HARRY                                )
                                              )
    Plaintiffs,                           )
                                              )
v.                                            )          **NOTICE OF**
                                              )          **APPEAL**
AMERICAN BROKERS CONDUIT et. al.              )
                                              )
    Defendants.                           )
_____)

       Notice is hereby given that TIMOTHY C. HARRY and KAREN C. HARRY, Plaintiffs

in the above case hereby appeal to the United States Court of Appeals for the First Circuit from

an Order [Doc. 120] granting Defendants Fidelity National Financial, Inc., Fidelity National

Title, Company and Fidelity National Title Group Motion to Dismiss [Doc. 57, 58] and

American Home Mortgage Servicing, Inc., Deutsche Bank national Trust Company, as trustee

for American Home Mortgage Assets Trust 2007-2 Mortgage-Backed pass-Through Certificates,

series 2007-2, Homeward Residential, Mortgage Electronic Registration Systems, Inc. and

Ocwen except as to Count Four of the Amended Complaint [Doc. 52] Motion to Dismiss [Doc.

53, 54].


Dated:  April 12, 2017


            _/s/ *Tina L. Sherwood*_____
            Tina L. Sherwood BBO#662047
            Attorney for the Plaintiffs
            17 Main ST
            Hopkinton, MA  01748
            (617) 930-3533

## <u>CERTIFICATE OF SERVICE</u>

I, Tina Sherwood, herby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 12, 2017.

*/s/ Tina L. Sherwood*_____ _____
Tina L. Sherwood