# United States Court of Appeals
## For the First Circuit

No. 17-1368

TIMOTHY C. HARRY; KAREN C. HARRY

Plaintiffs - Appellants

v.

FIDELITY NATIONAL TITLE GROUP; FIDELITY NATIONAL FINANCIAL, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; AMERICAN HOME MORTGAGE SERVICING, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust 2007-2 Mortgage-Backed Pass-Certificates, Series 2007-2; HOMEWARD RESIDENTIAL, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OCWEN LOAN SERVICING, LLC

Defendants - Appellees

AMERICAN BROKERS CONDUIT; APEX MORTGAGE SERVICES; KORDE & ASSOCIATES; ABLITT & CHARLTON, P.C.

Defendants

### MANDATE

Entered: June 27, 2017

In accordance with the judgment of June 5, 2017June 6, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Samuel Craig Bodurtha
Marissa I. Delinks
Maura Katherine McKelvey
Tina L. Sherwood

Douglas L. Whitaker
John Fitzgerald Willis