UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY C. HARRY and <br> KAREN C. HARRY <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN BROKERS CONDUIT; et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> **Case No. 16-cv-10895-FDS** |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST OCWEN LOAN SERVICING, LLC FOR VIOLATIONS OF THE FDCPA 15 U.S.C. 1692 et seq. PURSUANT TO FED. R. CIV. P. 56

Plaintiffs, Timothy C. Harry and Karen C. Harry, by and through their attorney, hereby submit this Motion for Summary Judgment Against Ocwen Loan Servicing, LLC for Violations of the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. 1692 et se. Pursuant to Fed. R. Civ. P. 56. Plaintiff sets forth the material facts that are not in dispute together with evidence in support of said facts.

WHEREFORE, as there are no material facts in dispute, Plaintiffs request the Court to grant Plaintiffs' Motion for Summary Judgment.

Dated: June 29, 2018

Respectfully Submitted
TIMOTHY C. HARRY and
KAREN C. HARRY
By their Attorney


*/s/ Tina L. Sherwood*_____
Tina L. Sherwood BBO# 662047
17 Main ST
Hopkinton, MA  01748
(617) 930-3533

## CERTIFICATE OF SERVICE

    I, Tina Sherwood, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 29, 2018.

                                            */s/ Tina L. Sherwood*_____
                                            Tina L. Sherwood