UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY C. HARRY and KAREN C. HARRY, <br><br>*Plaintiffs,* <br><br>v. <br><br>AMERICAN BROKERS CONDUIT, APEX MORTGAGE SERVICES, FIDELIT Y NATIONALTITLE GROUP, AMERICAN HOME MORTGAGE SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE-BACKED PASS-CERTIFICATES, SERIES 2007-2, HOMEWARD RESIDENTIAL , MORTGAGE ELECTRONIC RECORDING SYSTEM , INC., OCWEN LOAN SERVICING and KORDE & ASSOCIATES, <br><br>*Defendants.* | CIVIL ACTION NO. 16-10895 |

**MOTION TO FILE AN OPPOSITION RESPONSE TO DEFENDANT OCWEN LOAN SERVICING, LLC'S STATEMENT OF UNDISPUTED FACTS [DOC. 235] IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [DOC. 232]**

Plaintiffs, Timothy C. Harry and Karen C. Harry, by and through their attorney, hereby submit Plaintiffs' Motion to file an Opposition Response to Defendant Ocwen Loan Servicing LLC's Statement of Facts Pursuant to Fed. R. Civ. P. 56(a). [Doc. 235].

Wherefore, Plaintiffs pray that their Motion to be granted.

Dated:  July 20, 2018

Respectfully Submitted on behalf of Plaintiffs Timothy C. Harry and Karen C. Harry,

*/s/Tina L. Sherwood*
Law Office of Tina L. Sherwood
BBO#662047
19C Governors Way
Milford MA  01757
(617) 930-3533
Tina @sherwoodlawma.com

## CERTIFICATE OF SERVICE

I, Tina L. Sherwood, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 20, 2018.

/s/ Tina L. Sherwood
Tina L. Sherwood