# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY C. HARRY and KAREN C. HARRY, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN BROKERS CONDUIT, et al., <br><br> Defendants. | Civil Action No. <br> 16-10895-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

In accordance with the Court's Memorandum and Order issued on August 24, 2018, denying the plaintiffs' motions for default judgment as to defendants American Brokers Conduit and Apex Mortgage Services in the above-entitled action, it is hereby ORDERED:

That the claims against American Brokers Conduit and Apex Mortgage Services are hereby dismissed without prejudice.

**So Ordered.**

**F. DENNIS SAYLOR, IV**
**UNITED STATES DISTRICT JUDGE**

/s/ Lisa Pezzarossi
Deputy Clerk

Dated: August 24, 2018