UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY C. HARRY and KAREN C. HARRY,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC.<br><br>Defendants. | Civil Action No.<br>16-10895-FDS |

## JUDGMENT

**SAYLOR, J.**

In accordance with the Court's Memorandum and Order issued on August 16, 2018, granting the defendant's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment is entered for the defendant Ocwen Loan Servicing, LLC.

**So Ordered.**

**F. DENNIS SAYLOR, IV**
**UNITED STATES DISTRICT JUDGE**

/s/ Lisa Pezzarossi
Deputy Clerk

Dated: August 24, 2018